## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| **ERNIE L. CAMPBELL** | * | **CIVIL ACTION NO.: 5:23-CV-01624-P** |
| | * | |
| **VERSUS** | * | **JUDGE JERRY EDWARDS, JR.** |
| | * | |
| **JONATHAN CLARK ET AL.** | * | **MAGISTRATE JUDGE HORNSBY** |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Defendant, Parish of Caddo, who states that additional time is needed to submit its motion for summary judgment. *See* ECF No. 16 (setting April 8, 2025 deadline). The Defendant respectfully moves this Honorable Court to enter an Order granting an extension of time for the Defendant to file its motion for summary judgment due to undersigned counsel's illness due to COVID.

WHEREFORE, Defendant, CADDO PARISH, respectfully requests that the court grant its Motion for Extension of Time until Friday, April 11, 2025.

Respectfully submitted,

OFFICE OF THE PARISH ATTORNEY
PARISH OF CADDO

BY: _____
Donna Y. Frazier, Bar Roll No. 24420
Parish Attorney
dfrazier@caddo.gov

Cytheria D. Jernigan, Bar Roll No. 40142
Assistant Parish Attorney
cjernigan@caddo.gov

Government Plaza
505 Travis Street, Suite 810
P. O. Box 1127
Shreveport, Louisiana 71163-1127
Tel: (318) 226-6947
Fax: (318) 226-6974

ATTORNEYS FOR DEFENDANT
CADDO PARISH

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **ERNIE L. CAMPBELL** | * | **CIVIL ACTION NO.: 5:23-CV-01624-P** |
| | * | |
| **VERSUS** | * | **JUDGE JERRY EDWARDS, JR.** |
| | * | |
| **JONATHAN CLARK ET AL.** | * | **MAGISTRATE JUDGE HORNSBY** |

<u>**CERTIFICATE OF SERVICE**</u>

  I, Assistant Parish Attorney Cytheria D. Jernigan, hereby certify that on April 8, 2025, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the Plaintiff Ernie L. Campbell by first class mail as follows:

> Ernie L. Campbell, #82640
> Caddo Correctional Center
> P.O. Box 70110
> Shreveport, LA 71137

Signed this 8th day of April, 2025 in Shreveport, Louisiana.

DONNA Y. FRAZIER
Caddo Parish Attorney
*/s/Cytheria D. Jernigan*
CYTHERIA D. JERNIGAN
Assistant Parish Attorney