UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ERNIE LEEN CAMPBELL #82640      CIVIL ACTION NO. 23-cv-1624

VERSUS      JUDGE EDWARDS

JONATHAN CLARK ET AL      MAGISTRATE JUDGE HORNSBY

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 27), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motion for Summary Judgment (Doc. 17) is **GRANTED**. All federal claims against Jonathan Clark, Leroy Turner, and Shonderricka Jackson are dismissed with prejudice. The court declines to exercise supplemental jurisdiction over and dismisses without prejudice all state law claims against Jonathan Clark, Leroy Turner, and Shonderricka Jackson. It is further ordered that the court declines to exercise supplemental jurisdiction over the state law claims asserted against the Parish of Caddo, and all claims against the Parish of Caddo (also referred to as the Caddo Parish Commission or Caddo Parish Police Jury) are dismissed without prejudice.

THUS DONE AND SIGNED in Chambers, this the 15th day of May, 2025.

_____
JERRY EDWARDS, JR
UNITED STATES DISTRICT JUDGE